UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:04-CR-367-RLH |
| | ) | AMENDED |
| vs. | ) | ORDER FOR SUPPLEMENTARY |
| | ) | PROCEEDINGS OF JUDGMENT |
| | ) | DEBTOR EXAMINATION |
| DUANE C. KING, | ) | |
| | ) | |
| Defendant. | ) | |

On plaintiffs' motion and good cause appearing, the defendant, Duane C. King, is

hereby ordered to appear before the United States Magistrate, courtroom  3d  , Lloyd D.

George Federal Building and Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada

89101, on the  4TH  day of      MAY     , 20 12  at 9:30am, to then and there answer

upon oath concerning the property of the defendant and for such other proceeding as there may

occur consistent with proceedings supplementary to execution.

It is further ordered that you, the defendant, bring to the hearing the following:

1.  Your three most recent federal income tax returns with their attachments.

2.  Copies of all personal and business financial statements concerning checking and savings accounts for the past twelve months.

3.  A copy of the titles to all your or your spouses' vehicles, automobiles, boats, aircraft, etc.

4.  Copies of your earning statements (i.e. paychecks) for the past twelve months.

5.  Copies of your bills for the past twelve months to verify your statements on the financial form.

. . .

. . .

1    It is further ordered that a copy of this order shall be served upon the defendant by

2  the United States Marshal or private process service at least ___10___ calendar days before the

3  hearing scheduled herein.

4    Failure to appear may subject you, the defendant, to punishment for contempt of

5  court.

6    DATED this __5TH__ day of _____APRIL_____, 2012.

7

8    _____
     United States Magistrate Judge

9

10 SUBMITTED BY:

11 DANIEL G. BOGDEN
   United States Attorney

12

13 /s/Carlos A. Gonzalez___
   CARLOS A. GONZALEZ
   Assistant U. S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26