UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) 2:04-CR-367-RLH-RJJ |
| vs. | ) ) |
| DUANE CAMILO KING | ) ) |
| Defendant. | ) ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#33) on March 3, 2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: IRS - RACS
Amount of Restitution: $154,455.22

**Total Amount of Restitution ordered:  $154,455.22\*\***

\*\*Restitution is Total Amount imposed in this sentence and the concurrent sentence in
    2:04-cr-166-RLH-PAL

Dated this \_\_\_9\_\_\_ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE